| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF LOUISIANA |
| Case number *(if known)* _____   Chapter __11__ |

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Southern Hospitality Event Rentals, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2323137** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **69451 Hwy 59 Suite B Abita Springs, LA 70420** Number, Street, City, State & ZIP Code | **211 Ridge Ct. Mandeville, LA 70448** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saint Tammany** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **sheventrental.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

4/20/23 12:53PM

| Debtor | **Southern Hospitality Event Rentals, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Southern Hospitality Event Rentals, LLC** | Case number (*if known*) | |
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
            Contact name   _____
            Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

4/20/23 12:53PM

| Debtor | **Southern Hospitality Event Rentals, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

4/20/23 12:53PM

| Debtor | **Southern Hospitality Event Rentals, LLC** | Case number (*if known*) | |
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 20, 2023**
MM / DD / YYYY

**X** **/s/ Robert N. Verdi**                                    **Robert N. Verdi**
Signature of authorized representative of debtor                 Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Robin R. De Leo**                           Date  **April 20, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Robin R. De Leo 20347**
Printed name

**The De Leo Law Firm, LLC**
Firm name

**800 Ramon St**
**Mandeville, LA 70448**
Number, Street, City, State & ZIP Code

Contact phone  **(985) 727-1664**       Email address  **lisa@northshoreattorney.com**

**20347 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Southern Hospitality Event Rentals, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 20, 2023**          X  **/s/ Robert N. Verdi**
                                         Signature of individual signing on behalf of debtor

                                         **Robert N. Verdi**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Southern Hospitality Event Rentals, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amur Equipment Finance**<br>**304 W. 32nd Street**<br>**PO Box 2555**<br>**Grand Island, NE 68801** | | **2006 Ford F650 with 182,752 miles (20 foot box truck)** | | **$48,398.10** | **$23,000.00** | **$25,398.10** |
| **ARA Insurance Services**<br>**11225 College Blvd Suite 250**<br>**Overland Park, KS 66210** | | **statement for services** | | | | **$14,901.53** |
| **Ascentium Capital LLC**<br>**23970 Hwy 59N**<br>**Kingwood, TX 77339-1535** | | **Teeco tent washer. Description: Classic 550 tent washing machine)** | | **$39,989.04** | **$27,000.00** | **$12,989.04** |
| **Ascentium Capital LLC**<br>**23970 Hwy 59N**<br>**Kingwood, TX 77339-1535** | | **4 small tents (purchased for $1200 each in April 2021)** | | **$36,854.84** | **$2,500.00** | **$34,354.84** |
| **Chase Ink Cardmember Service**<br>**PO Box 6294**<br>**Carol Stream, IL 60197-6294** | | **open account** | | | | **$151,943.57** |
| **Chase Ink Card Cardmember Services**<br>**PO Box 6294**<br>**Carol Stream, IL 60197-6294** | | **credit card** | | | | **$13,312.27** |

Debtor **Southern Hospitality Event Rentals, LLC**        Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Dan Johnson CPA 832 East Boston Street Unit 15 Covington, LA 70433** | | **outstanding amount due for accounting servies** | | | | **$24,760.00** |
| **Gulf Coast Bank & Trust 200 St. Charles Ave New Orleans, LA 70130** | | **Line of credit** | | | | **$19,000.00** |
| **Incrediblebank 327 N. 17th Avenue Wausau, WI 54401** | | **SBA Express Line of Credit** | | | | **$46,657.94** |
| **Incrediblebank PO Box 790408 Saint Louis, MO 63179-0408** | | **open account - visa buisness card** | | | | **$32,988.37** |
| **Louisiana Department of Revenue Collection Division P. O. Box 201 Baton Rouge, LA 70821-0201** | | **2022 state sales taxes $26,782.74; January 2023 - $1341.00; February 2023- $1947.00** | | | | **$30,070.74** |
| **Marlin Leasing Corp 300 Fellowship Rd Mount Laurel, NJ 08054** | | **2017 Freightliner M2 with 150,000 miles** | | **$95,790.24** | **$57,250.00** | **$38,540.24** |
| **Mitsubishi HC Capital America 21925 Network Place Chicago, IL 60673-1219** | | **2021 Ram 350 with 50,000 miles** | | **$70,367.92** | **$56,500.00** | **$13,867.92** |
| **St. Tammany Tax Collector PO Box 608 Covington, LA 70434** | | **outstanding Parish sales and use tax obligation for 2022 and 2023** | | | | **$14,710.86** |
| **Stearns Bank, NA PO Box 750 Albany, MN 56307-0750** | | **2021 Avant 635 Wheel Loader; mistakenly sold by Debtor to unrelated third party for $54,500.00** | | | | **$51,876.92** |

| Debtor | **Southern Hospitality Event Rentals, LLC** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stearns Bank, NA PO Box 750 Albany, MN 56307-0750** | | **2021 P3 20M x 30M x 4M Frame Event Tent mistakenly sold to unrelated third party for $54,216.00** | | | | $40,061.88 |
| **Tent Pro USA 69451 Hwy 59 Abita Springs, LA 70420** | | **open account** | | | | $14,261.13 |
| **U.S. Department of Transportation 61 Forsythe Street SW Suite 3M40 Atlanta, GA 30303** | | **Penalty/ violation for truck weight** | **Disputed** | | | $12,610.00 |
| **U.S. Small Business Administration 10737 Gateway West Suite 300 El Paso, TX 79935** | | **inventory, equipment, accounts, etc EIDL loan** | | $338,300.00 | $0.00 | $338,300.00 |
| **US Bank PO Box 790408 Saint Louis, MO 63179-0408** | | **open account** | | | | $13,040.24 |

4/20/23 12:53PM

**Fill in this information to identify the case:**

Debtor name  **Southern Hospitality Event Rentals, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................  $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................  $ _____434,411.45

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................  $ _____434,411.45

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ _____1,226,126.05

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ _____60,396.74

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................  +$ _____490,565.81

4. Total liabilities ......................................................................................................
Lines 2 + 3a + 3b    $ _____1,777,088.60

| Fill in this information to identify the case: |
|---|

Debtor name    **Southern Hospitality Event Rentals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $280,362.49 |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $1,633,425.00 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $1,165,801.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **ERCT** | $45,397.01 |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **PPP loan - forgiven** | $151,553.37 |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 04/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Southern Hospitality Event Rentals, LLC**                          Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Verdi Investments**<br><br>same owner/related entity | **May 2022-March 2023** | **$106,000.00** | **$10,600 for 10 months; rent on warehouse was paid to Verdi Investments used it to pay Bond for Deed secured by the warehouse in same amount.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **ISUZU Finance of America, Inc. 2500 Westchester Avenue, Suite 312 Purchase, NY 10577** | **2022 Isuzu FTR truck** | **4/19/2023** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **Southern Hospitality Event Rentals, LLC** | Case number *(if known)* | |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

&#9632; None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

&#9632; None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

&#9633; None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The De Leo Law Firm<br>Robin R. De Leo<br>800 Ramon Street<br>Mandeville, LA 70448** | **Debtor remitted $15,000.00 on 2/9/23 of which $7,217.45 was spent on multiple hourly consultations and meetings, reveiw of financial records, drafting bankruptcy schedules and drafting first day motions leaving funds of $7,782.55 to fund post-petition retainer** | **various** | **$7,217.45** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

&#9632; None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

&#9633; None.

Debtor    **Southern Hospitality Event Rentals, LLC**      Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Event Solutions** **1701 W. Willow St.** **Scott, LA 70583** | Debtor mistakenly sold Avant 635 Wheel Loader to third party not realizing that it was covered by a security interest in favor of Sterns Bank. | **12/6/2022** | **$54,500.00** |
| | Relationship to debtor **none** | | | |
| 13.2 | **Mississippi Tents** **384 Church Rd** **Madison, MS 39110** | Debtor mistakenly sold a P3 event tent (20mx30mx4m) not realizing that this asset was subject to a security interest in favor of Stearns Bank | **9/30/22** | **$54,216.00** |
| | Relationship to debtor **none** | | | |
| 13.3 | **Idaho Tents** **3900 W. Chinden Blvd.** **Garden City, ID 83714** | Debtor sold the following: one 44 x43 2 PC Top; two 44 x 20 MID TOP; and twenty-two 8x10 clear walls. All items were subject to a security interest held by Ascentium (Loan No. 2598193) and mistakenly sold by Debtor who believed that the assets were unencumbered. | | **$19,500.00** |
| | Relationship to debtor **None** | | | |
| 13.4 | **Kings Tents and Events** | **(2) 30x15 tent top hip ends** | **6/17/22** | **$4,015.00** |
| | Relationship to debtor | | | |
| 13.5 | **Ron Dufour** | **(2) 10x10 High peak tents** | **9/9/2022** | **$1,442.00** |
| | Relationship to debtor | | | |
| 13.6 | **Sotto Event Rentals** | **T-rex jacks** | **1/13/2023** | **$2,500.00** |
| | Relationship to debtor | | | |
| 13.7 | **Southern Elegance** | **Portable bar** | **4/7/2023** | **$1,500.00** |
| | Relationship to debtor | | | |
| 13.8 | **Southern Elegancce** | **Staging** | **12/16/2022** | **$3,500.00** |
| | Relationship to debtor | | | |

**Part 7:**   Previous Locations

Debtor   **Southern Hospitality Event Rentals, LLC**     Case number *(if known)* _____

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Gulf Coast Bank & Trust 200 St. Charles Ave New Orleans, LA 70130** | **XXXX-1006** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **January 2023** | **$0.00** |
| 18.2. | **Incrediblebank PO Box 790408 Saint Louis, MO 63179-0408** | **XXXX-5957** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **4/2023** | **$879.00** |

| Debtor | **Southern Hospitality Event Rentals, LLC** | Case number *(if known)* | |
|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Red Bull** | **Debtor's warehouse 69451 Highway 59, Suite B Abita Springs, LA 70420** | **Red Bull sublets 3,000 square feet of Debtor's 10,000 square feet location. Red Bull owns and stores miscelleneous items such as racking, bars, table, tools, etc. The Red Bull sublet space is specifically identified and separated from the Debtor's property.** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Robert Verdi 2117 Ridge Court Mandeville, LA 70448** | **Debtor's warehouse location 69451 Highway 59, Suite B Abita Springs, LA 70420** | **tools, blower, clothes, back packs, refrigerator** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Clover Johns** | **Debtor's warehouse 69451 Highway 190, Unit B Abita Springs, LA 70420** | **Clover Johns (a related entity) sublets 1000 square feet of warehouse space. The property in this space consists of rest room trailers, tools, sound and lighting, spot lights, etc. The property is distinctly separated from the Debtor's property.** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Spot Light Rentals** | | **1500 sq ft of rental asset inventory** | **Unknown** |

| **Part 12:** | **Details About Environment Information** |
|---|---|

Debtor    **Southern Hospitality Event Rentals, LLC** _____    Case number (if known) _____

For the purpose of Part 12, the following definitions apply:

_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Dan Johnson CPA<br>832 East Boston Street<br>Unit 15<br>Covington, LA 70433** | **2020 - present** |
| 26a.2. | **Robert Verdi<br>2117 Ridge Court<br>Mandeville, LA 70448** | **from inception until present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | **Southern Hospitality Event Rentals, LLC** | Case number *(if known)* | |
|---|---|---|---|

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Robert Verdi**<br>**2117 Ridge Court**<br>**Mandeville, LA 70448** | |
| 26c.2. **Dan Johnson CPA**<br>**832 E. Boston Street**<br>**Unit 15**<br>**Covington, LA 70433** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Incrediblebank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** |
| 26d.2. **Gulf Coast**<br>**200 St Charles Ave**<br>**New Orleans, LA 70130** |
| 26d.3. **Metairie Bank**<br>**P. O. Box 217**<br>**Metairie, LA 70004** |
| 26d.4. **American Bank & Trust**<br>**1819 N. Columbia St.**<br>**Covington, LA 70433** |
| 26d.5. **Ascentium Capital LLC**<br>**23970 Hwy 59N**<br>**Kingwood, TX 77339-1535** |
| 26d.6. **Sterns Bank**<br>**500 13th Street**<br>**PO Box 750**<br>**Albany, MN 56307** |
| 26d.7. **Libertas Funding LLC**<br>**411 West Putnam Ave**<br>**Suite 220**<br>**Greenwich, CT 06380** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

| Debtor | **Southern Hospitality Event Rentals, LLC** | Case number *(if known)* |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Verdi | 2117 Ridge Court Mandeville, LA 70448 | Owner, Operator, CEO, CFO | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Robert Verdi 2117 Ridge Court Mandeville, LA 70448** | **$12,269.24** | **4/29/22 - 3/31/23** | **compensation for services** |
| | **Relationship to debtor 100% owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Southern Hospitality Event Rentals, LLC**             Case number *(if known)* _____

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2023** _____

**/s/ Robert N. Verdi** _____        **Robert N. Verdi** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re  **Southern Hospitality Event Rentals, LLC**       Case No. _____
                                 Debtor(s)       Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **hourly** |
| Prior to the filing of this statement I have received | $ | **7,217.45** |
| Balance Due | $ | **0.00** |

        **\*\*\*\* Debtor counsel is holding post-petition retainer of $7,217.45.** _____

        The source of the compensation paid to me was:

        [✔] Debtor      [ ] Other (specify):

3.  The source of compensation to be paid to me is:

        [✔] Debtor      [ ] Other (specify):

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         All services necessary to confirm Subchapter V Plan.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        None.

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 20, 2023**                     **/s/ Robin R. De Leo**
*Date*                                        **Robin R. De Leo 20347**
                                               *Signature of Attorney*
                                               **The De Leo Law Firm, LLC**
                                               **800 Ramon St**
                                               **Mandeville, LA 70448**
                                               **(985) 727-1664   Fax: (985) 727-4388**
                                               **lisa@northshoreattorney.com**
                                               *Name of law firm*

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Southern Hospitality Event Rentals, LLC**          Case No. _____

                               Debtor(s)          Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Verdi**<br>**211 Ridge Ct**<br>**Mandeville, LA 70448** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 20, 2023**                Signature  **/s/ Robert N. Verdi**

                                                                 **Robert N. Verdi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Southern Hospitality Event Rentals, LLC** _____   Case No. _____
                                                                Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 20, 2023** _____          **/s/ Robert N. Verdi** _____
                                                            **Robert N. Verdi**/**Managing Member**
                                                            Signer/Title

```
United States Trustee
Texaco Center
400 Poydras Street
Suite 2110
New Orleans, LA 70130


Tax Collector/Sheriff
701 N Columbia St.
Parish of St. Tammany Courthouse
Covington, LA 70433


Equifax Credit Information Services, Inc
PO Box 740241
Atlanta, GA 30374


Chex Systems, Inc.
Attn:  Consumer Relations
7805 Hudson Road
STE 100
Saint Paul, MN 55125


TransUnion
2 Baldwin Place
Chester, PA 19022


Experian
Business Info Services
Costa Mesa, CA 92626


Experian
Business Info Services
Costa Mesa, CA 92626


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Accident Fund
200 N. Grand Avenue
PO Box 40790
Lansing, MI 48901-7990


Amazon
1200 12 Ave. South, #1200
Seattle, WA 98144
```

Amur Equipment Finance
304 W. 32nd Street
PO Box 2555
Grand Island, NE 68801


ARA Insurance Services
11225 College Blvd
Suite 250
Overland Park, KS 66210


Ascentium Capital LLC
23970 Hwy 59N
Kingwood, TX 77339-1535


AT & T
Central Southeast BKCY
Post Office Box 769
Arlington, TX 76004


Best Buy
PO Box 5238
Carol Stream, IL 60197


Bethany Dimarco
27299 Lakeview Lane
Holden, LA 70744


Bluevine Capital
401 Warren St. #300
Redwood City, CA 94063


Bluevine Capital Inc.
401 Warren St. #300
Redwood City, CA 94063


Celtic Bank
268 S. State St. Suite 300
Salt Lake City, UT 84111


Charter Enterprise
400 Washington Blvd.
Stamford, CT 06902

Chase Ink
Cardmember Service
PO Box 6294
Carol Stream, IL 60197-6294

Chase Ink Card
Cardmember Services
PO Box 6294
Carol Stream, IL 60197-6294

Clover Johns
69451 LA Hwy 59
Unit B
Abita Springs, LA 70420

Dan Johnson CPA
832 East Boston Street
Unit 15
Covington, LA 70433

Financial Pacific Leasing
3455 S. 344th Way #300
Federal Way, WA 98001-9546

Financial Pacific Leasing
Attn. Nancy Cortes
3455 S. 344th Way, Suite 300
Federal Way, WA 98001-9546

Flash Furniture
4350 Ballground Hwy.
Canton, GA 30114

GEICO
1 GEICO Blvd
Fredericksburg, VA 22412

Georgia Expo Manufacturing Corp
3355 Martin Farm Rd
Suite 100
Suwanee, GA 30024

Goldman Sachs Bank/ Apple card
Salt Lake City Branch - Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112

GPB Direct Inc.
133 E. Third Street
Kenner, LA 70062


Gridline
17200 N. Perimeter Drive
Suite 201
Scottsdale, AZ 85255


Gulf Coast Bank & Trust
200 St. Charles Ave
New Orleans, LA 70130


Home Depot
P. O. Box 530919, Dept 51
Atlanta, GA 30353-0919


Ignite Traction LLC
3321 Higginbotham Hwy
Church Point, LA 70525


Incrediblebank
PO Box 790408
Saint Louis, MO 63179-0408


Incrediblebank
327 N. 17th Avenue
Wausau, WI 54401


ISUZU Finance of America, Inc.
2500 Westchester Avenue, Suite 312
Purchase, NY 10577


Jackson Truck & Trailer Repair of Hammon
43040 Hinson Road
Hammond, LA 70403


John Swinton
41157 Kinkade Dr.
Hammond, LA 70403


Libertas Funding LLC
411 West Putnam Ave
Suite 220
Greenwich, CT 06380

Louisiana Department of Revenue
Collection Division
P. O. Box 201
Baton Rouge, LA 70821-0201


Margaret Kern, Counsel for Tax Collector
Jones Fussell, LLP
Northlake Corporate Park, Suite 103
1001 Service Road East, Hightway 190
Covington, LA 70434-1810


Marlin Leasing Corp
300 Fellowship Rd
Mount Laurel, NJ 08054


Mitsubishi HC Capital America
21925 Network Place
Chicago, IL 60673-1219


Orleans Parish Tax Collector
1300 Perdido St
New Orleans, LA 70112


Ring Central
14675 Dallas Pkwy.
#200
Dallas, TX 75254


River Valley Bank
327 N. 17th Avenue
Wausau, WI 54401


Sams Club/Synchrony
PO Box 960013
Orlando, FL 32896-0013


SMJ Plumbing
PO Box 1226
Pearl River, LA 70452


St. Tammany Parish Tax Collector
P. O. Box 608
Covington, LA 70434-0608

St. Tammany Tax Collector
PO Box 608
Covington, LA 70434


Stearns Bank, NA
500 13th Street
Albany, MN 56307


Stearns Bank, NA
PO Box 750
Albany, MN 56307-0750


Sunbelt Rental
68583 Louisiana 59
Mandeville, LA 70471


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Tangipahoe Parish Tax Collector
15475 W. Club Delux Rd.
Hammond, LA 70403


Tent Pro USA
69451 Hwy 59
Abita Springs, LA 70420


U.S. Department of Transportation
61 Forsythe Street SW
Suite 3M40
Atlanta, GA 30303


U.S. Small Business Administration
10737 Gateway West Suite 300
El Paso, TX 79935


Ubique Group
PO Box 736385
Dallas, TX 75373


Uline Inc
12575 Uline Dr.
Pleasant Prairie, WI 53158

```
Ultimate Textile
18 Market Street
Paterson, NJ 07501


US Bank
PO Box 790408
Saint Louis, MO 63179-0408
```

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Southern Hospitality Event Rentals, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Southern Hospitality Event Rentals, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 20, 2023**

Date

/s/ Robin R. De Leo

**Robin R. De Leo 20347**

Signature of Attorney or Litigant

Counsel for   **Southern Hospitality Event Rentals, LLC**

**The De Leo Law Firm, LLC**
**800 Ramon St**
**Mandeville, LA 70448**
**(985) 727-1664 Fax:(985) 727-4388**
**lisa@northshoreattorney.com**